**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

B.T.,

      Plaintiff,

v.                                     Case No.: 4:22-cv-00212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary of the Florida
Agency for Health Care Administration,

      Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

      The State of Florida, Agency for Health Care Administration, hereby gives notice of the appearance of counsel, Andrew T. Sheeran.  Copies of all court papers and correspondence should be mailed to the undersigned at the address below.

      Respectfully submitted this 15th day of June, 2022.

                        JOSEFINA M. TAMAYO, GENERAL
                        COUNSEL, AGENCY FOR HEALTH
                        CARE ADMINISTRATION

                        /s/ Andrew T. Sheeran
                        ANDREW T. SHEERAN
                        Acting Deputy General Counsel
                        Chief Litigation Counsel
                        Florida Bar I.D. No. 0030599
                        Andrew.Sheeran@ahca.myflorida.com
                        Agency for Health Care Administration
                        2727 Mahan Drive, Mail Stop #3
                        Tallahassee, Florida 32308

Telephone: (850) 412-3670
Facsimile: (850) 921-0158

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2022 a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all plaintiff's and defendant's counsel of record registered with the Court for that purpose.

/s/ Andrew T. Sheeran
ANDREW T. SHEERAN