UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T.,

    Plaintiff,

v.                                    Case No.: 4:22-cv-00212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary of the Florida
Agency for Health Care Administration,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL

    The undersigned attorney hereby gives notice of his appearance as additional counsel on behalf of the Defendant, Simone Marstiller, in her official capacity as Secretary of the Florida Agency for Health Care Administration, for purposes of this case. Please furnish the undersigned with copies of all orders, notices, pleadings, motions, and correspondence regarding this case from this date forward.

    Respectfully submitted this 15th day of June 2022.

                                          JOSEFINA M. TAMAYO, GENERAL
                                          COUNSEL, AGENCY FOR HEALTH
                                          CARE ADMINISTRATION

/s/ Samuel Dean Bunton
SAMUEL DEAN BUNTON
Senior Attorney
Florida Bar I.D. No. 0879207
Samuel.Bunton@ahca.myflorida.com
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, Florida 32308
Telephone: (850) 412-3686
Facsimile: (850) 922-0158

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June 2022 a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all counsel of record registered with the Court for that purpose.

/s/ Samuel Dean Bunton
SAMUEL DEAN BUNTON