## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN District of Florida

Case Number: 4:22-CV-00212-MW-MJF

Plaintiffs:
**B.T.**

vs.

Defendant:
**SIMONE MARSTILLER, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION**

For:
Katherine DeBriere
FLORIDA HEALTH JUSTICE PROJECT, INC.
126 West Adams Street
Jacksonvill, FL 32202

Received by NOLAN PROCESS SERVERS, LLC on the 6th day of June, 2022 at 3:40 pm to be served on **SIMONE MARSTILLER, SECRETARY C/O AGENCY FOR HEALTH CARE ADMINISTRATION, 2727 MAHAN DRIVE, TALLAHASSEE, FL 32308**.

I, SABRITA THURMAN-NEWBY, do hereby affirm that on the **7th day of June, 2022** at **1:15 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **ANDREW SHEERAN** as **GENERAL COUNSEL**, who stated they are authorized to accept service for: **SIMONE MARSTILLER, SECRETARY C/O AGENCY FOR HEALTH CARE ADMINISTRATION** at the address of: **2727 MAHAN DRIVE, TALLAHASSEE, FL 32308**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40+, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

**SABRITA THURMAN-NEWBY**
Certified Process Server #236

**NOLAN PROCESS SERVERS, LLC**
**7498 Anglewood Lane**
**Tallahassee, FL 32309**
**(850) 562-6058**

Our Job Serial Number: MCN-2022007977

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| B.T. *Plaintiff(s)* v. Simone Marstiller, in her official capacity as Secretary of the Florida Agency for Health Care Administration *Defendant(s)* | Civil Action No. 4:22-cv-00212-MW-MJF |

Date: 6/7/22  Time: 1:50
STN #1 930
is a certified process server in the Circuit and County Courts in and for the Second Judicial Circuit

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Simone Marstiller, Secretary
Agency for Health Care Administration
2727 Mahan Drive
Tallahassee, FL 32308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katherine DeBriere
Florida Health Justice Project
3900 Richmond St.
Jacksonville, FL 32202
debriere@floridahealthjustice.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2022

s/Ronnie Barker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*