UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her Next Friend,
Robin T., and A.G., by and
through his Next Friend, Susel S.,

    Plaintiff,                                  Case No.: 4:22-cv-212-MW-MJF

v.

Simone Marstiller, in her official capacity
as Secretary for the AGENCY FOR
HEALTH CARE ADMINISTRATION,
    Defendant.
_____/

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 11.1 of the U.S. District Court of the Northern District of Florida, Sarah Somers, counsel for Plaintiffs B.T. and A.G., moves this Court for an order allowing her to appear in this Court as co-counsel in this matter. In support of her motion, Ms. Somers states:

1.    I have been retained to represent Plaintiffs as co-counsel in all proceedings conducted in this case.

1

2. I am a member in good standing of the North Carolina State Bar. My law practice address is National Health Law Program, 1512 E. Franklin St., Ste 110, Chapel Hill, NC 27514. I am also an active member in good standing of the California State Bar and an inactive member in good standing of the Utah State Bar.

3. A certificate of my good standing with the North Carolina State Bar is attached to this motion.

4. I am not a Florida resident, a member of the Florida Bar, nor do I maintain a law practice in Florida. I have not maintained a regular practice of law in Florida.

5. I have previously been admitted to the Northern District of Florida *pro hac vice* and successfully completed the Attorney Admission Tutorial.

6. I have reviewed and will comply with the Local Rules of the United States District Court of the Northern District of Florida.

7. I will maintain with the clerk a current telephone number, mailing address, and email address.

8. I will comply with, and remain familiar with, the ethical requirements of The Florida Bar.

/

WHEREFORE, Sarah Somers respectfully request this Court enter an Order admitting her to practice before this Court *pro hac vice*.

Respectfully Submitted this 17th day of June, 2022.

*s/Sarah Somers*

Sarah Somers
North Carolina Bar No. 33165
**National Health Law Program**
1512 E. Franklin St., Ste 110
Chapel Hill, NC 27514
Telephone: (919) 968-6308
somers@healthlaw.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August, 2021, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or record.

           *s/Sarah Somers*

           Sarah Somers
           North Carolina Bar No. 33165
           **National Health Law Program**
           1512 E. Franklin St., Ste 110
           Chapel Hill, NC 27514
           Telephone: (919) 968-6308
           somers@healthlaw.org

# The North Carolina State Bar

I, Alice Neece Mine, Secretary of the North Carolina State Bar, do hereby certify that

Sarah Jane Somers (Bar # 33165)

was licensed to practice law by the State of North Carolina on September 10, 2004.

Said lawyer is presently an active member of the North Carolina State Bar and is eligible to practice law in North Carolina.

Said lawyer is not subject to a pending order of administrative or disciplinary suspension.

Said lawyer's financial account with the State Bar is current.

Therefore, said lawyer is in good standing with the North Carolina State Bar.

Given over my hand and the Seal of the North Carolina State Bar, this the 17th of June, 2022.

Alice Neece Mine
Secretary of the North Carolina State Bar