IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**B.T.,**

    *Plaintiff*,

v.                                       Case No.: 4:22cv212-MW/MJF

**Simone Marstiller, in her official
capacity as Secretary of the Florida
Agency for Health Care Administration,**

    *Defendant*.

_____/

### ORDER ADMITTING SARAH SOMERS *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Sarah Somers *pro hac vice.* ECF No. 11. The motion is **GRANTED**. Ms. Somers has fulfilled the requirements of the Local Rules for admission and is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED on June 21, 2022.**

                                                        **s/Mark E. Walker**
                                                        **Chief United States District Judge**