IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.: 4:22-cv-212-MW-MJF

B.T., by and through her Next Friend,
Robin T.; and A.G., by and through
his Next Friend, Susel S.,

    Plaintiffs,

v.

SIMONE MARSTILLER, in her
official capacity as Secretary for the
FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Defendant.
_____/

## NOTICE OF APPEARANCE

TO ALL PARTIES, PLEASE TAKE NOTICE:

The undersigned appears as additional counsel for Simone Marstiller, in her official capacity as Secretary for the Florida Agency for Health Care Administration, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following address:

Erik M. Figlio<br>
Ausley McMullen<br>
123 South Calhoun Street (32301)<br>
Post Office Box 391<br>
Tallahassee, Florida 32302<br>
rfiglio@ausley.com

Respectfully submitted this 22nd day of June, 2022.

    /s/ *Erik M. Figlio*
    Erik M. Figlio
    Florida Bar No.: 0745251
    Ausley McMullen
    123 South Calhoun Street (32301)
    Post Office Box 391
    Tallahassee, Florida  32302
    Phone No.:  (850) 224-9115
    Facsimile No.:  (850) 222-7560
    rfiglio@ausley.com
    csullivan@ausley.com

    ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 22nd day of June, 2022.

    /s/ *Erik M. Figlio*
    Erik M. Figlio