IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.: 4:22-cv-212-MW-MJF

B.T., by and through her Next Friend,
Robin T.; and A.G., by and through
his Next Friend, Susel S.,

    Plaintiffs,

v.

SIMONE MARSTILLER, in her
official capacity as Secretary for the
FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Defendant.
_____/

## **NOTICE OF APPEARANCE**

TO ALL PARTIES, PLEASE TAKE NOTICE:

    The undersigned appears as additional counsel for Simone Marstiller, in her official capacity as Secretary for the Florida Agency for Health Care Administration, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned attorneys at the following address:

Alexandra E. Akre  
Ausley McMullen  
123 South Calhoun Street (32301)  
Post Office Box 391  
Tallahassee, Florida 32302  
aakre@ausley.com  

Respectfully submitted this 22nd day of June, 2022.

       /s/ *Alexandra E. Akre*  
       Alexandra E. Akre  
       Florida Bar No.: 0125179  
       Ausley McMullen  
       123 South Calhoun Street (32301)  
       Post Office Box 391  
       Tallahassee, Florida  32302  
       Phone No.:  (850) 224-9115  
       Facsimile No.:  (850) 222-7560  
       aakre@ausley.com  
       nestes@ausley.com  

       ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 22nd day of June, 2022.

       /s/ *Alexandra E. Akre*  
       Alexandra E. Akre