IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No.: 4:22-cv-212-MW-MJF

B.T., by and through her Next Friend,
Robin T.; and A.G., by and through
his Next Friend, Susel S.,

    Plaintiffs,

v.

SIMONE MARSTILLER, in her
official capacity as Secretary for the
FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Defendant.
_____/

## CONSENT MOTION FOR AN EXTENSION OF TIME
## TO RESPOND TO AMENDED COMPLAINT

Defendant Simone Marstiller, in her official capacity as Secretary of the Agency for Health Care Administration ("AHCA"), pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rules 6.1 and 7.1, files this Consent Motion for Extension of Time to Respond to the Amended Complaint, and in support thereof states as follows:

1. The initial complaint in this action (ECF No. 1) was filed on June 3, 2022, and was served on June 7, 2022. The complaint was subsequently amended on June 16, 2022, naming an additional plaintiff (ECF No. 10, "First Amended

1

Complaint" or "Complaint"). By operation of Rule 15(a)(3), response to the Complaint is due June 30, 2022.

2. Although the Complaint only involves two Medicaid recipients, AHCA anticipates that vetting the Complaint's allegations will entail considerable investigation, and into matters outside of AHCA's direct control. The Plaintiffs are enrolled in different managed care plans under contract with AHCA. These managed care plans have contracted with the third-party entity, Health Network One, that is identified in the Complaint's allegations, which has, in turn, contracted with providers of the relevant services. Further, AHCA was not provided with sufficient information from which it could determine the identity of the newly added Plaintiff, identified in the Complaint as A.G., until yesterday, June 21, 2022.

3. Consequently, AHCA respectfully requests that the Court extend AHCA's deadline to respond to the Complaint by twenty days, to and including July 20, 2022, to provide AHCA sufficient time to investigate the Complaint's allegations and prepare a response.

4. The request is made in good faith and not for purposes of delay. The requested extension will not prejudice the Plaintiffs, nor will it unduly delay the proceedings in this case. Moreover, the Plaintiffs do not oppose the extension.

5. The Court has the authority under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure to enlarge AHCA's time to answer for good cause. The standard

of "good cause" is a liberal one, and "an application for the enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright, et al., Federal Practice & Procedure § 1165 (3d ed. 2002).

6. AHCA submits that the reasons stated above constitute good cause for this extension. The requested extension is necessary to provide AHCA with sufficient time to investigate the allegations of the Complaint, which will include investigation into matters outside of AHCA's immediate control.

WHEREFORE, AHCA respectfully requests that the Court enter an order granting AHCA the requested extension of time to serve its response to the Complaint, to and including July 20, 2022.

DATED this 22nd day of June, 2022.

Respectfully submitted,

/s/ *Erik M. Figlio*
ERIK M. FIGLIO
Florida Bar No.: 0745251
ALEXANDRA E. AKRE
Fla Bar No. 125179
Ausley & McMullen, P.A.
Post Office Box 391
Tallahassee, FL  32301
(850) 224-9115
rfiglio@ausley.com
aakre@ausley.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(B)

Pursuant to Local Rule 7.1(B), undersigned counsel conferred with counsel for the Plaintiff prior to filing this motion. As set forth in the motion, counsel for the Plaintiff has consented to the extension of time to respond to the Complaint requested by AHCA.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 22nd day of June, 2022.

/s/ *Erik M. Figlio*
Erik M. Figlio