# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**B.T.,**

    *Plaintiff,*

**v.**                                      **Case No.: 4:22cv212-MW/MJF**

**Simone Marstiller, in her official
capacity as Secretary of the Florida
Agency for Health Care Administration,**

    *Defendant.*

_____/

## ORDER GRANTING EXTENSION

Defendant moves for an extension of time to respond to Plaintiff's amended complaint. ECF No. 15. Plaintiff does not oppose the motion. The motion is **GRANTED**. Defendant may file its response to Plaintiff's amended complaint **on or before July 20, 2022**.

    **SO ORDERED on June 23, 2022.**

                                   **s/Mark E. Walker**_____
                                   **Chief United States District Judge**