**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**B.T., by and through**
**her next friend, ROBIN T.,**
**and A.G., by and through his**
**next friend, SUSEL S.,**

    *Plaintiffs*,

v.                                                       **Case No.: 4:22cv212-MW/MJF**

**SIMONE MARSTILLER, in her**
**official capacity as Secretary of the**
**Florida Agency for Health Care**
**Administration,**

    *Defendant.*
_____/

## ORDER GRANTING MOTION TO PROCEED ANONYMOUSLY

This Court has considered, without hearing, Plaintiffs' unopposed motion to proceed anonymously. ECF No. 17. The unopposed motion, ECF No. 17, is **GRANTED**. Plaintiffs may proceed anonymously.

**SO ORDERED** on June 28, 2022.

                                                                    **s/Mark E. Walker**
                                                                      **Chief United States District Judge**