UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                    Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

## JULY JOINT DISCOVERY STATUS REPORT

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to the Initial Scheduling Order (Doc. 8, ¶1(b)) requiring a recurring 30-day joint report on the status of discovery, submit the following:

1. Initial Disclosures: On July 8, 2022, the Parties participated in a planning conference pursuant to Fed. R. Civ. P. 26(f). The Parties will exchange their initial disclosures no later than July 22, 2022.

2. Depositions: On July 8, 2022, the Parties discussed at the planning conference a proposed stipulation to narrow the required depositions and deposition topics. The Parties intend to finalize this discussion by July 29, 2022, so the scheduling of depositions can begin in August 2022.

3. Written Discovery Requests: As stated above, the Parties used the planning conference on July 8, 2022, to discuss the scope of discovery.

Plaintiff intends to commence serving written discovery on Defendant no later than July 22, 2022. Defendant intends to commence serving written discovery on Plaintiffs no later than July 29, 2022.

Respectfully submitted this 15th day of July 2022.

| | |
|---|---|
| */s/Katy DeBriere* | */s/Erik M. Figlio* |
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 3900 Richmond St. | 123 S. Calhoun St. (23201) |
| Jacksonville, FL 32205 | P.O. Box 391 |
| (352) 278-6059 | Tallahassee, FL 32302 |
| debriere@floridahealthjustice.org | rfiglio@ausley.com |
| | csullivan@ausley.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on July 15, 2022, on all counsel of record.

/s/ *Katy DeBriere*
Katherine DeBriere