UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                               Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

**PLAINTIFFS' INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. RULE 26(a)(1)**

In accordance with Fed. R. Civ. P. Rule 26(a)(1), Plaintiffs make the

following initial disclosures:

**A.    Individuals Likely to Have Discoverable Information Plaintiffs May
Use to Support Their Claims**

| Name | Address and Phone Number, if known | Subject |
|---|---|---|
| Robin T. | Court granted Pls' Motion to Proceed Anonymously (Doc. 17); address and | Medical necessity and authorization of SLP services Plaintiff, B.T. |

|  | phone number of individual will be provided directly to Defendant |  |
|---|---|---|
| Susel S. | Court granted Pls' Motion to Proceed Anonymously (Doc. 17); address and phone number of individual will be provided directly to Defendant | Medical necessity and authorization of SLP services for Plaintiff, A.G. |
| Doreen Taylor | 11820 Denton Ave., Hudson, FL 34667 (727) 862-9101 | Medical necessity of SLP services for Plaintiff, B.T. |
| Andrea Clark | 11820 Denton Ave., Hudson, FL 34667 (727) 862-9101 | Authorization of medically necessary SLP services for Plaintiff, B.T. |
| Erica Hecht | 8254 118th Ave. N., Ste. 100, Largo, FL 33773 (727) 541-5304 | Medical necessity of SLP services for Plaintiff, A.G. |
| Harold Lampert | 8254 118th Ave. N., Ste. 100, Largo, FL 33773 (727) 541-5304 | Authorization of medically necessary SLP services for Plaintiff, A.G. |

### B.  Documents Plaintiffs May Use to Support Their Claims

Counsel for Plaintiffs are in possession of the following documents that they

2

may use to support their claims: A.G. neuropsychological records.

Counsel for Plaintiffs are in possession of the following documents that, to the best of Counsels' knowledge are also in the possession and control of Defendant:

(1) B.T. therapy records

(2) A.G. therapy records

(3) AHCA March 8, 2021 Ad Hoc Review Documents including:

(a) AHCA Correspondence to Plans
(b) Description of Enhanced Process for Pediatric Therapy Complaints
(c) Plan Self-Audit Enrollee Report Template
(d) Plan Self-Audit Network Report Template
(e) Provider and Enrollee Complaints
(f) Plan Self-Audit Enrollee Report Results
(g) AHCA Summary of Plan Self-Audit Results

(4) AHCA Provider Network Verification files

(5) AHCA Pediatric Compliance Review Summaries

(6) AHCA Correspondence to American Therapy Administrators of Florida (ATA)/Health Network One (HN1)

(7) ATA Provider Services Agreements

(8) Sunshine State Health Plan Vendor Agreement with ATA/HN1

(9) ATA Enhanced Utilization Management Model Training Materials

(10)   ATA Instructions to Providers Regarding Appeals

(11)   Pediatric Therapy Association correspondence to AHCA/MCOs

(12)   MCO Correspondence to Pediatric Therapy Associations

(13)  MCO Provider Reference Manuals and ATA Authorization forms

(14)  AHCA Correspondence to MCOs regarding Liquidated Damages and other corrective measures

(15)  Alliance for Pediatric Therapies Member Survey re ATA

(16)  Public comments to Section 1115 Waiver Extension Application filed with CMS by Florida on July 29, 2020.

(17)  AHCA Correspondence with Providers

(18)  AHCA Internal Communications

**C.   Computation of Damages**

Plaintiffs do not request damages.

**D.   Insurance Agreements**

Plaintiffs does not have any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action.

Respectfully submitted this 22nd day July 2022.

                                    Plaintiffs by their Attorney,

                                    */s/ Katy DeBriere*
                                    Katherine DeBriere
                                    Lead Counsel

                                    Fla. Bar No.: 58506
                                    **Florida Health Justice Project**
                                    126 W. Adams Street
                                    Jacksonville, FL 32202

                                                  Telephone: (904) 356-8371, ext. 333
                                                  Facsimile: (904) 356-8780
                                                  debriere@floridahealthjustice.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of July 2022, I electronically filed the foregoing Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or record and also served on counsel for Defendant, via email, a copy of the foregoing along with records Plaintiffs believe not to be in Defendant's possession.

                                                  */s/ Katy DeBriere*
                                                  Katherine DeBriere