IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her Next Friend,
Robin T.; and A.G., by and through
his Next Friend, Susel S.,

    Plaintiffs,

v.

SIMONE MARSTILLER, in her
official capacity as Secretary for the
FLORIDA AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Defendant.
_____/

Case No.: 4:22-cv-212-MW-MJF

## **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

Defendant, Simone Marstiller, in her official capacity as Secretary for the Florida Agency for Health Care Administration ("AHCA"), makes the following disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1):

A. The following individuals may have discoverable information that AHCA may use to support its defenses:

    1. AHCA Employees
       c/o Ausley McMullen, P.A.
       123 S. Calhoun Street
       Tallahassee, FL  32301

       a. Brian Meyer, Assistant Deputy Secretary, Medicaid Operations;

    b. Pam Hull, Bureau Chief, Medicaid Plan Management Operations;

2. Named Plaintiffs;

3. Employees of Sunshine Health ("Sunshine") responsible for determinations concerning B.T. relevant to the issues raised in the Complaint;

4. Employees of Simply Healthcare Plan ("Simply") responsible for determinations concerning A.G. relevant to the issues raised in the Complaint;

5. Employees of Health Network One, Inc. responsible for determinations concerning B.T. and/or A.G. relevant to the issues raised in the Complaint;

6. Employees of HN1 Therapy Network of Florida, LLC responsible for determinations concerning B.T. and/or A.G. relevant to the issues raised in the Complaint;

7. Providers who have contracted with HN1 to provide pediatric speech therapy services to B.T. and/or A.G.

8. Individuals identified during discovery and/or listed by Plaintiff in response to AHCA's interrogatories and document requests;

9. Witnesses listed by Plaintiffs;

10. All records custodians of any and all records AHCA seeks to introduce as evidence at trial.

B. The following documents or things in the possession, custody, or control of AHCA may be used to support its defenses:

1. Documents related to requests for pediatric therapy services from B.T. and A.G., including any complaints filed with AHCA's complaint hub, and fair hearing documents;

    2.    Medical files of B.T. and A.G.;

    3.    The contract between AHCA and Sunshine;

    4.    The contract between AHCA and Simply;

    5.    Sunshine's provider manual;

    6.    Simply's provider manual;

    7.    The contract between HN1 and B.T.'s pediatric speech therapy service providers;

    8.    The contract between HN1 and A.G.'s pediatric speech therapy service providers;

    9.    American Therapy Administrator of Florida's April 9, 2021, Peer to Peer Bulletin;

    10.    Documents referenced in the Complaint;

    11.    Documents obtained during discovery.

C.    AHCA does not claim any damages in this case at the current time.

D.    Rule 26(a)(1)(iv) is inapplicable.

Respectfully submitted this 22nd day of July, 2022.

                              Respectfully submitted,

                          /s/ *Erik M. Figlio*
                          Erik M. Figlio
                          Florida Bar No.: 0745251
                          Alexandra E. Akre
                          Florida Bar No.: 0125179
                          Ausley McMullen
                          123 South Calhoun Street (32301)
                          Post Office Box 391
                          Tallahassee, Florida  32302

Phone No.:  (850) 224-9115
Facsimile No.:  (850) 222-7560
rfiglio@ausley.com
csullivan@ausley.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served electronically via email and filed via the CM/ECF on this 22nd day of July, 2022.

/s/ *Erik M. Figlio*
Erik M. Figlio