UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T.,

     Plaintiff,

v.                                      Case No.: 4:22-cv-00212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary of the Florida
Agency for Health Care Administration,

     Defendant.
_____/

## NOTICE OF WITHDRAWAL OF ADDITIONAL COUNSEL

  Please take notice that the undersigned attorney, Samuel Dean Bunton, hereby withdraws his appearance as additional counsel to Defendant, Simone Marstiller, in her official capacity as Secretary of the Florida Agency for Health Care Administration ("AHCA"). AHCA will continue to be represented in this matter by Andrew T. Sheeran, Erik M. Figlio, and Alexandra E. Akre.

  Respectfully submitted this 1st day of August 2022.

                              /s/ Samuel Dean Bunton
                              SAMUEL DEAN BUNTON
                              Senior Attorney
                              Florida Bar I.D. No. 0879207
                              Samuel.Bunton@ahca.myflorida.com
                              Agency for Health Care Administration
                              2727 Mahan Drive, Mail Stop #3
                              Tallahassee, Florida 32308

Telephone: (850) 412-3670
Facsimile: (850) 922-6484

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August 2022, a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all counsel of record registered with the Court for that purpose.

/s/ Samuel Dean Bunton
SAMUEL DEAN BUNTON