IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**B.T., by and through her next friend, ROBIN T., and A.G., by and through his next friend, SUSEL S.,**

    *Plaintiffs*,

v.                                       Case No.: 4:22cv212-MW/MJF

**SIMONE MARSTILLER, in her official capacity as Secretary of the Florida Agency for Health Care Administration,**

    *Defendant*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

    This Court has considered, without hearing, the motion to withdraw Samuel Dean Bunton as counsel for Defendant. ECF No. 25. Defendant continues to be represented by counsel, and representation will continue uninterrupted. This motion is, therefore, **GRANTED**. The Clerk shall disconnect Mr. Bunton from CM/ECF on this matter.

    SO ORDERED on August 1, 2022.

                                                 s/Mark E. Walker_____
                                                 **Chief United States District Judge**