UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                            Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

## AUGUST JOINT DISCOVERY STATUS REPORT

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to the Initial Scheduling Order (Doc. 8, ¶1(b)) requiring a recurring 30-day joint report on the status of discovery, submit the following:

1. Initial Disclosures: The Parties exchanged their initial disclosures on July 22, 2022.

2. Depositions: On August 15, 2022, the Parties met to discuss topics and date for a 30(b)(6) deposition of an agency representative as well as dates for depositions of other Agency employees.

3. Written Discovery Requests: Plaintiffs propounded written discovery to Defendant on July 22, 2022. Defendant propounded written discovery to Plaintiffs on July 29, 2022.

Respectfully submitted this 16th day of August 2022.

| | |
|---|---|
| */s/Katy DeBriere* | */s/Erik M. Figlio* |
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 3900 Richmond St. | 123 S. Calhoun St. (23201) |
| Jacksonville, FL 32205 | P.O. Box 391 |
| (352) 278-6059 | Tallahassee, FL  32302 |
| debriere@floridahealthjustice.org | rfiglio@ausley.com |
| | csullivan@ausley.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on August 16, 2022, on all counsel of record.

/s/ *Katy DeBriere*
Katherine DeBriere