UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her Next Friend,
Robin T., and A.G., by and
through his Next Friend, Susel S.,

      Plaintiff,                      Case No.: 4:22-cv-212-MW-MJF

v.

Simone Marstiller, in her official capacity
as Secretary for the AGENCY FOR
HEALTH CARE ADMINISTRATION,
      Defendant.
_____/

## JOINT AND AGREED NOTICE OF MEDIATION

PLEASE TAKE NOTICE the parties will convene for mutually initiated mediation proceedings on Wednesday, September 28 at 9 a.m. via Zoom. The mediation is set for the entire day.

Respectfully submitted on this the 13th day of September 2022,

                                              */s/ Katy DeBriere*
                                              Katherine DeBriere
                                              Fla. Bar No.: 58506
                                              **Florida Health Justice Project**
                                              3900 Richmond Street
                                              Jacksonville, FL, 32205
                                              Telephone: (352) 278-6059
                                              debriere@floridahealthjustice.org

                                              *s/Sarah Somers*
                                              Sarah Somers

North Carolina Bar No. 33165
**National Health Law Program**
1512 E. Franklin St., Ste 110
Chapel Hill, NC 27514
Telephone: (919) 968-6308
somers@healthlaw.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished using the CM/ECF system which will send a notice of electronic filing to all counsel or record on this the 13th day of September 2022.

    *s/Katy Debriere*
Katy DeBriere

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished using the CM/ECF system which will send a notice of electronic filing to all counsel or record on this the ____ day of September 2022.

*/s/ Katy DeBriere*
Katherine DeBriere
