UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her Next Friend,
Robin T., and A.G., by and
through his Next Friend, Susel S.,

    Plaintiff,                    Case No.: 4:22-cv-212-MW-MJF

v.

Simone Marstiller, in her official capacity
as Secretary for the AGENCY FOR
HEALTH CARE ADMINISTRATION,
    Defendant.
_____/

**PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE PLAINTIFF A.G.'S NEXT FRIEND, SUSEL S., FROM PERSONAL ATTENDANCE AT <u>ENTIRE MEDIATION</u>**

Pursuant to the Court's Scheduling and Mediation Order (Doc. 21), Plaintiffs move this Court for permission to excuse Plaintiff A.G.'s Next Friend, Susal S., from personally attending the entire mediation scheduled for September 28, 2022.

Counsel for Plaintiffs have conferred with counsel for Defendants and Defendant does not oppose this motion.

<u>MEMORANDUM IN SUPPORT</u>

The parties have scheduled mediation for September 28, 2022. Plaintiff

1

B.T.'s Next Friend, Robin T., will attend and has the authority to resolve this matter on behalf of B.T.  Susel S. will attend the mediation for the majority of the time it is scheduled and has the authority to resolve this matter on behalf of Plaintiff A.G. However, Susel S., will be unavailable from 9am-10am and after 3pm on the day of mediation because she is the sole caretaker for her children who will be out of school during those hours. She will be available for telephone consultation during the mediation conference as needed.

Respectfully submitted on this the 13th day of September 2022,

/s/ Katy DeBriere
Katherine DeBriere
Fla. Bar No.: 58506
Florida Health Justice Project
3900 Richmond Street
Jacksonville, FL, 32205
Telephone: (352) 278-6059
debriere@floridahealthjustice.org


s/Sarah Somers
Sarah Somers
North Carolina Bar No. 33165
**National Health Law Program**
1512 E. Franklin St., Ste 110
Chapel Hill, NC 27514
Telephone: (919) 968-6308
somers@healthlaw.org

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished using the CM/ECF system which will send a notice of electronic filing to all counsel or record on this the 13th day of September 2022.

<u>s/Katy Debriere</u>
Katy DeBriere