IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through
her next friend, ROBIN T.,
and A.G., by and through his
next friend, SUSEL S.,

    *Plaintiffs*,

v.                                          Case No.: 4:22cv212-MW/MJF

SIMONE MARSTILLER, in her
official capacity as Secretary of the
Florida Agency for Health Care
Administration,

    *Defendant*.

_____/

## ORDER GRANTING MOTION TO EXCUSE PLAINTIFF'S PERSONAL ATTENDANCE AT MEDIATION

This Court has considered, without hearing, Plaintiff A.G.'s unopposed motion to excuse his next friend Susel T. from personally attending the entire mediation scheduled for September 28, 2022. ECF No. 29. The motion is **GRANTED**. Plaintiff A.G.'s next friend Susel T. will attend the majority of the mediation and will be available for telephone consultation as needed.

    **SO ORDERED on September 13, 2022.**

                                                            s/Mark E. Walker
                                                            **Chief United States District Judge**