UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                            Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

**SEPTEMBER JOINT DISCOVERY STATUS REPORT**

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to the Initial Scheduling Order (Doc. 8, ¶1(b)) requiring a recurring 30-day joint report on the status of discovery, submit the following:

1. Settlement Discussions and Mediation: Undersigned counsel has met several times for informal settlement discussions, and agreed to an early mediation date of September 28, 2022, in an attempt to resolve the issues raised in the pleadings without the need for the Court's intervention. In that spirit, the parties have focused their efforts on preparing for mediation and settlement discussions, and, while discovery has not been stayed, the efforts towards the same have been reduced to accommodate for these settlement preparations. If the parties are not able to reach resolution, undersigned counsel anticipates the need to request a modest discovery extension.

2. Protective Order: The parties filed a stipulated protective order to

      facilitate the exchange of discovery on September 15, 2022. This Court entered the protective order on September 16, 2022.

3. Depositions: On September 7, 2022, Defendant provided dates to Plaintiff for requested depositions of agency employees. Those depositions are scheduled for the week of October 31, 2022. Plaintiffs agreed to these dates to allow Defendant time to prepare for mediation.

4. Written Discovery Requests: Defendant responded to Plaintiffs' July 22nd written discovery requests on August 20, 2022. Plaintiffs responded to Defendant's July 29th written discovery request on August 29, 2022. Documents in response to the Parties respective Requests for Production have not yet been exchanged due to the need for a protective order.

Respectfully submitted this 16th day of September 2022.

| /s/ *Katy DeBriere* | /s/*Erik M. Figlio* |
|---|---|
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 3900 Richmond St. | 123 S. Calhoun St. (23201) |
| Jacksonville, FL 32205 | P.O. Box 391 |
| (352) 278-6059 | Tallahassee, FL 32302 |
| debriere@floridahealthjustice.org | rfiglio@ausley.com |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on September 16, 2022, on all counsel of record.

                              /s/ *Katy DeBriere*
                              Katherine DeBriere