UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                          Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

## UNCONTESTED MOTION FOR ENLARGEMENT OF TIME
## TO FILE DISCOVERY STATUS REPORT

Defendant, Simone Marstiller, in her official capacity as Secretary for the Florida Agency for Health Care Administration ("AHCA"), by and through undersigned counsel, files this uncontested motion for enlargement of time to file the joint discovery status report and respectfully requests that the parties be permitted to file the report on or before **Monday, October 24, 2022**.

1. Pursuant to this Court's Initial Scheduling Order, D.E. 8, the parties' joint discovery status report is due Wednesday, October 19, 2022.

2. AHCA respectfully asserts that there is good cause to extend this deadline until October 24, 2022. Specifically, the parties have a disagreement concerning discovery, the resolution of which will likely impact the conduct of discovery going forward and the remaining case deadlines. The parties are hopeful that the matter can be resolved without the Court's intervention, but an additional few days are needed, so that undersigned counsel can confer with AHCA and the parties can confer, before a complete and accurate status of discovery can be provided to the Court.

3. Accordingly, AHCA respectfully requests that the time for filing the joint discovery status report be extended until October 24, 2022.

## LOCAL RULE 7.1(c) CERTIFICATE OF CONFERRAL

Pursuant to Northern District of Florida Local Rule 7.1(b), undersigned counsel certifies that the parties' have conferred in good faith on this matter via email and further states that Plaintiffs' counsel has no objection to the relief requested herein.

Respectfully submitted this 19th day of October, 2022.

              */s/ Erik M. Figlio*
              ERIK M. FIGLIO
              Florida Bar No.: 745251
              ALEXANDRA E. AKRE
              Florida Bar No.: 12527
              Ausley McMullen

Post Office Box 391
Tallahassee, Florida 32302
(850) 425-5474
rfiglio@ausley.com
aakre@ausley.com

ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 19th day of October, 2022, and served on the following:

Katherine DeBriere
Florida Health Justice Project
126 W. Adams Street
Jacksonville, FL 32202
debriere@floridahealthjustice.org

Sarah Somers
National Health Law Program
North Carolina Office
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
somers@healthlaw.org

*/s/ Erik M. Figlio*
ATTORNEY