IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**B.T., et al.,**

    *Plaintiffs*,

**v.**                                                        Case No.: 4:22cv212-MW/MJF

**Simone Marstiller, in her official capacity as Secretary of the Florida Agency for Health Care Administration,**

    *Defendant*.

_____/

## **ORDER GRANTING EXTENSION**

This Court has considered, without hearing, Defendant's motion for enlargement of time to file discovery status report. ECF No. 32. Plaintiffs do not oppose. The motion is **GRANTED**. The parties must file the report on or before **Monday, October 24, 2022**.

**SO ORDERED on October 19, 2022.**

                                                  s/Mark E. Walker                
                                                  **Chief United States District Judge**