UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                            Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

## OCTOBER JOINT DISCOVERY STATUS REPORT

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to the Initial Scheduling Order (Doc. 8, ¶1(b)) requiring a recurring 30-day joint report on the status of discovery, and also pursuant to the Court's Order granting Defendant's request to extend the October Joint Discovery Status Report deadline (Doc. 36), submit the following:

1.     Discovery and Summary Judgment Deadline Extension

    Plaintiffs' Position: Plaintiffs' counsel will agree to a date to extend discovery no later than mid-January and to extend the summary judgment deadline no later than mid-February. Plaintiffs do not agree to an extension of the trial date.

    Defendant's Position: Defendant's counsel believes an additional time

1

for discovery, of at least an additional eight weeks, is warranted for several reasons. First, subsequent to the parties' agreement to seek to extend the discovery deadline until January, the landfall of Hurricane Ian significantly impacted Defendant's operations. Additionally, upon information and belief, some combination of the parties identified in the allegations of the Complaint in addition to Defendant—managed care organizations and HN1—intend to move to intervene. The resolution of these motions should be completed in advance of the close of discovery.

2.  Settlement Discussions and Mediation

    Undersigned counsel met on September 28, 2022, for formal mediation. The parties were unable to resolve the matter at that time but continued informal negotiation for an additional two weeks. As stated in the September Joint Status Report, in the spirit of negotiation, the parties agreed to reduce discovery efforts so Defendant could focus its resources on settlement. Since settlement efforts have, so far, not been fruitful, Plaintiffs notified Defendant on October 14, 2022, that Plaintiffs intend to proceed with discovery but remain open to negotiation and settlement as that discovery proceeds.

3.  Protective Order

    The parties filed a stipulated protective order to facilitate the exchange of discovery on September 15, 2022. This Court entered the protective order on September 16, 2022.

4.  Depositions

    On September 7, 2022, Defendant provided dates to Plaintiff for requested depositions of five agency employees, including an agency representative deposition sought pursuant to Fed. R. Civ. P. 30(b)(6). Those depositions were scheduled for the week of October 31, 2022. Plaintiffs agreed to these dates, rather than earlier ones, to allow Defendant time to prepare for mediation. The depositions of Alma Martinez, Jeffery Douglas, Pamela Hull, and Dr. Antraneise Jackson are set for November 2, 2022, through November 4, 2022, in accordance with the parties' agreement prior to Hurricane Ian.

    However, on October 21, 2022, Defendant notified Plaintiffs that the

agency representative deponent was not available for the previously agreed to date of November 1, 2022, because of the impact of Hurricane Ian on Defendant's operations. Defendant has requested Plaintiffs' availability for the agency representative deposition on November 29, 2022. Assuming the Court extends the discovery deadline, Plaintiffs are available on that date.

Defendant intends to depose Plaintiffs' guardians and providers. If the discovery deadline is extended, Plaintiffs' counsel will work with counsel for Defendant to schedule the depositions of Plaintiffs' guardians. Plaintiffs' counsel will also provide dates of availability to participate in the provider depositions.

5. <u>Written Discovery Requests</u>

Defendant responded to Plaintiffs' July 22nd written discovery requests on August 20, 2022. Plaintiffs responded to Defendant's July 29th written discovery request on August 29, 2022.

On October 13, 2022, Defendant provided to Plaintiffs a portion of the records responsive to Plaintiffs' 1st Request for Production. On October 16, 2022, Plaintiffs provided Defendants the documents responsive to Defendant's 1st Request for Production. Following a conferral with Plaintiffs' counsel about the scope of the ESI requests on October 20, 2022, Defendant agreed to produce the remainder of responsive documents requested early in the week of October 24, 2022.

The parties have met and conferred multiple times (respectively on August 15, 2022, August 23, 2022, August 24, 2022, and October 20, 2022) about the scope of discovery.

Respectfully submitted this 24th day of October 2022.

| | |
|---|---|
| /s/ *Katy DeBriere* | */s/Erik M. Figlio* |
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 3900 Richmond St. | P.O. Box 391 |
| Jacksonville, FL 32205 | Tallahassee, FL 32302 |
| (352) 278-6059 | (850) 224-9115 |
| debriere@floridahealthjustice.org | rfiglio@ausley.com |

3

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on October 24, 2022, on all counsel of record.

/s/ *Erik M. Figlio*
Erik M. Figlio