UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

    Plaintiffs,

v.                                                    Case No.: 4:22-cv-212-MW-MJF

SIMONE MARSTILLER, in her official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

    Defendant.
_____/

## UNCONTESTED MOTION FOR EXTENSION OF DISCOVERY AND SUMMARY JUDGMENT DEADLINE

Defendant, Simone Marstiller, in her official capacity as Secretary for the Florida Agency for Health Care Administration ("AHCA"), by and through undersigned counsel, files this uncontested motion for extension of the discovery deadline and deadline to file summary-judgment motions until **January 13, 2023**, and **February 3, 2023**, respectively.

1.    Pursuant to this Court's Scheduling and Mediation Order, ECF No. 21, discovery is currently scheduled to close on November 7, 2022, and the deadline for filing summary-judgment motions is November 28, 2022.

2. AHCA respectfully asserts that there is good cause to extend these deadlines until **January 13, 2023**, and **February 3, 2023**, respectively. With respect to discovery, as stated in the September 2022 Joint Discovery Status Report, ECF No. 33, the parties agreed to an early mediation date, and in the spirit of resolving the matter without the Court's intervention, discovery efforts were reduced to accommodate mediation and settlement preparations. Indeed, as stated in the September Report, counsel anticipated needing a modest discovery extension if settlement was not reached. Moreover, as stated in the October 2022 Joint Discovery Status Report, ECF No. 37, the landfall of Hurricane Ian has significantly impacted AHCA's operations and its ability to conduct discovery.

3. AHCA further asserts that the parties have acted diligently during the initial discovery period. The parties have completed a first round of written discovery, and Plaintiffs' counsel have deposed four of AHCA's employees or former employees. Additional time, however, is needed for AHCA to depose Plaintiffs' guardians and speech therapy providers and complete any subsequent discovery that might arise out of those depositions.

4. With respect to extending the summary-judgment deadline, AHCA similarly asserts that good cause exists to extend the deadline until 21 days after the discovery deadline. Specifically, AHCA believes that, at minimum, the depositions

of the speech therapy providers are necessary in advance of the summary-judgment filing deadline. Notwithstanding the extension, AHCA will file the motion for summary judgment at the earliest appropriate time and acknowledges the Court's instruction that it is rarely necessary that such motions await the completion of discovery.

5. For these reasons, AHCA respectfully requests that the deadline for discovery be extended until January 13, 2023, and the deadline for filing summary-judgment motions be extended until February 3, 2023. The requested extensions will not impact the deadlines identified in the Order for Pretrial Conference, ECF No. 35.

## LOCAL RULE 7.1(c) CERTIFICATE OF CONFERRAL

Pursuant to Northern District of Florida Local Rule 7.1(b), undersigned counsel certifies that the parties' have conferred in good faith. Plaintiffs' counsel states that: Plaintiffs do not object to Defendant's request for a discovery extension until January 13, 2023, with any motions for summary judgment being due February 3, 2023. Plaintiffs' non-objection is based on Defendant's representation that the additional time is necessary to depose Plaintiffs' guardians and Plaintiffs' providers and that Defendant will provide dates of defense counsel availability for those depositions to counsel for Plaintiffs as soon as possible. Plaintiffs' non-objection is further based on Defendant's representation that they are not requesting that the dates set forth in the Court's Order for Pretrial Conference be reset (Doc. 35).

Respectfully submitted this 7th day of November, 2022.

/s/ Erik M. Figlio
ERIK M. FIGLIO
Florida Bar No.: 745251
ALEXANDRA E. AKRE
Florida Bar No.: 12527
Ausley McMullen
Post Office Box 391
Tallahassee, Florida 32302
(850) 425-5474
rfiglio@ausley.com
aakre@ausley.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically via the CM/ECF System on this 7th day of November, 2022, and served on the following:

Katherine DeBriere
Florida Health Justice Project
126 W. Adams Street
Jacksonville, FL 32202
debriere@floridahealthjustice.org

Sarah Somers
National Health Law Program
North Carolina Office
1512 E. Franklin St., Ste. 110
Chapel Hill, NC 27514
somers@healthlaw.org

/s/ Erik M. Figlio
ATTORNEY