IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., et al.,

    *Plaintiffs*,

v.                        Case No.: 4:22cv212-MW/MJF

SIMONE MARSTILLER,
in her official capacity as
Secretary of the Florida Agency
for Health Care Administration,

    *Defendant.*
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendant's motion for extension of the discovery deadline and deadline to file motions for summary judgment. ECF No. 38. Plaintiffs do not oppose the requested relief. The motion is **GRANTED**. Discovery is extended to January 13, 2023, for the sole purpose of deposing Plaintiffs' guardians and speech therapy providers and to complete any follow up discovery based on those depositions. The deadline for filing motions for summary judgment is extended to February 3, 2023.

**SO ORDERED on November 7, 2022.**

                                            s/Mark E. Walker          
                                            **Chief United States District Judge**