IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**B.T., et al.,**

    *Plaintiffs*,

v.                                           Case No.: 4:22cv212-MW/MJF

**SIMONE MARSTILLER,**
in her official capacity as
Secretary of the Florida Agency
for Health Care Administration,

    *Defendant.*
_____/

## **ORDER GRANTING EXTENSION**

This Court has considered, without hearing, Plaintiffs' contested motion for extension of the deadline to respond to the pending motions to intervene. ECF No. 43. The motion is **GRANTED**. Plaintiffs' responses are due **on or before December 15, 2022**.

In so doing, this Court recognizes that the parties may need to revisit the scheduling of depositions. Moreover, this Court does not intend to jam anyone up with respect to completing discovery. Accordingly, if this Court ultimately permits intervention in this case, this would be a basis to grant further discovery deadline

1

extensions. If that's the case, the parties need only file the appropriate motion to be heard on this issue.

      **SO ORDERED on November 17, 2022.**

                                        <u>s/Mark E. Walker</u>
                                        **Chief United States District Judge**