UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her Next Friend,
Robin T., and A.G., by and
through his Next Friend, Susel S.,

    Plaintiff,                            Case No.: 4:22-cv-212-MW-MJF

v.

Simone Marstiller, in her official capacity
as Secretary for the AGENCY FOR
HEALTH CARE ADMINISTRATION,
    Defendant.
_____/

## PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE PLAINTIFF A.G.'S NEXT FRIEND, SUSEL S., FROM PERSONAL ATTENDANCE AT <u>MEDIATION</u>

Pursuant to the Court's Scheduling and Mediation Order (Doc. 21), Plaintiffs move this Court for permission to excuse Plaintiff A.G.'s Next Friend, Susel S., from personally attending the mediation scheduled for November 29, 2022.

Counsel for Plaintiffs have conferred with counsel for Defendants and Defendant does not oppose this motion.

<u>MEMORANDUM IN SUPPORT</u>

The parties have scheduled mediation for November 29, 2022. Plaintiff B.T.'s Next Friend, Robin T., will attend. Susel S. is unable to attend due to her

1

childcare responsibilities and a previously scheduled appointment. She will be available for telephone consultation during the mediation conference as needed.

Respectfully submitted on this the 18th day of November 2022.

*/s/ Katy DeBriere*
Katherine DeBriere
Fla. Bar No.: 58506
**Florida Health Justice Project**
3900 Richmond Street
Jacksonville, FL, 32205
Telephone: (352) 278-6059
debriere@floridahealthjustice.org


*s/Sarah Somers*
Sarah Somers
N.C. Bar No.: 33165
**National Health Law Program**
1512 E. Franklin St., Ste 110
Chapel Hill, NC 27514
Telephone: (919) 968-6308
somers@healthlaw.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished using the CM/ECF system which will send a notice of electronic filing to all counsel or record on this the 18th day of November 2022.

          *s/Katy DeBriere*
          Katy DeBriere