UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

   Plaintiffs,

v.             Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

   Defendant.
_____/

## NOVEMBER JOINT DISCOVERY STATUS REPORT

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to the Initial Scheduling Order (Doc. 8, ¶1(b)) requiring a recurring 30-day joint report on the status of discovery, submit the following:

1. **Settlement Discussions and Mediation**

   A second formal mediation between the parties is scheduled for November 29, 2022.

2. **Depositions**

   On November 10, 2022, the parties agreed to dates of depositions for the Plaintiffs' three therapy providers and for the Plaintiffs' Next Friends. On that same day, Plaintiff set the depositions of the providers for, respectively, December 9th, 12th, and 19th. Also on that same day, Defendant cross-noticed two of the provider depositions set for December

9th and December 12th. Counsel for the parties are continuing to discuss the possibility of moving the provider depositions to early January.

On November 15, 2022, Defendant noticed the depositions of the Plaintiffs' Next Friends for December 6th and December 7th. At the request of Plaintiffs' counsel, Defendant amended its Notice of Deposition for B.T.'s Next Friend, Robin T., so that the deposition could take place closer to her home. Defendant served that amended notice on November 16, 2022.

On November 17, 2022, Defendant notified Plaintiffs' counsel that it wished to change the dates of the Next Friends depositions and asked for their availability January 2, 2023 through January 13, 2023. On November 18, 2022, Plaintiffs provided Defendant the dates of January 3rd and January 4th in response.

3. **Written Discovery Requests**

On November 10, 2022, Plaintiffs requested two documents to supplement Defendants' response to their 1st Request for Production.

On November 14, 2022, Defendant stated it would provide one document and request more information about the relevance of the other to which Plaintiffs replied.

Respectfully submitted this 18th day of November 2022.

/s/ *Katy DeBriere*  
Katherine DeBriere  
FBN: 58506  
Florida Health Justice Project  
3900 Richmond St.  
Jacksonville, FL 32205  
(352) 278-6059  
debriere@floridahealthjustice.org  

/s/*Erik M. Figlio*  
Erik M. Figlio  
FBN: 0745251  
Ausley McMullen  
123 S. Calhoun St. (23201)  
P.O. Box 391  
Tallahassee, FL 32302  
rfiglio@ausley.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on November 18, 2022, on all counsel of record.

                                        /s/ *Katy DeBriere*
                                        Katherine DeBriere