# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**B.T., by and through
her next friend, ROBIN T.,
and A.G., by and through his
next friend, SUSEL S.,**

    *Plaintiffs*,

v.                          Case No.: 4:22cv212-MW/MJF

**SIMONE MARSTILLER, in her
official capacity as Secretary of the
Florida Agency for Health Care
Administration,**

    *Defendant.*

_____/

## ORDER GRANTING MOTION TO EXCUSE PLAINTIFF A.G.'S NEXT FRIEND, SUSEL S., FROM PERSONAL ATTENDANCE AT MEDIATION

This Court has considered, without hearing, Plaintiffs' motion to excuse Plaintiff A.G.'s Next Friend, Susel S., from personally attending the mediation scheduled for November 29, 2022. ECF No. 45. Defendant does not oppose the motion. The motion is **GRANTED**. Plaintiff A.G.'s next friend, Susel S., will be available for telephone consultation as needed.

**SO ORDERED on November 21, 2022.**

                                               s/Mark E. Walker          
                                               **Chief United States District Judge**