UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., et al.,

      Plaintiff,

v.                                  Case No. 4:22-cv-212-MW-MJF

Simone Marstiller, in her official capacity
as Secretary for the AGENCY FOR
HEALTH CARE ADMINISTRATION,
      Defendant.
_____/

## SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO INTERVENE

Plaintiffs B.T. and A.G., move this Court for an order enlarging the time to respond to the motions to intervene filed by HN1, Simply Healthcare Plans, Inc. (Simply), and Sunshine Health State Health Plan, Inc. (Sunshine) (jointly, "the Motions to Intervene"). (Doc. 40, Doc. 41, & Doc. 42). Plaintiffs request that their responses to these motions be due **December 23, 2022,** and, as support for the requested relief, state:

1.     Plaintiffs and Defendants met for formal mediation on November 29, 2022. At that time, the parties reached an agreement in principle on terms of settlement and that they would jointly seek a stay of litigation while they continued to negotiate final resolution of this matter.

2.     Counsel for Plaintiffs acknowledge that their deadline for filing

1

their responses to the Motions to Intervene is <u>today</u>, December 15, 2022.

3. The reason for Plaintiffs' late request for extension of time is that the parties anticipated they would be filing a joint motion of stay and an interim agreement setting forth the terms that will govern settlement negotiations during the stay (if granted) prior to December 14, 2022. Unfortunately, due to multiple demands on the Agency's time, particularly given the end of the year, counsel for Defendant has not yet received approval of this joint motion and interim agreement.

4. Plaintiffs are prepared to file their responses. However, given that the parties will shortly be filing a joint motion to stay the litigation, the Plaintiffs believe that the more prudent course is to request an extension of the response deadline. An extension until December 23rd will provide the parties time to file the anticipated joint motion to stay with this Court.

5. **<u>Local Rule 7.1(c) Certificate of Conferral</u>**. Pursuant to N.D. Fla. Local Rule 7.1(b), undersigned counsel certifies that, on December 15, 2022 at 12:21pm, they e-mailed with counsel for Sunshine, Simply, HN1, and Defendant. Simply, Sunshine, and Defendant responded that they do not oppose the requested extension. HN1 was unable to give a final response before 3:45pm today.

WHEREFORE, Plaintiffs respectfully request this Court enter an Order

enlarging the time to respond to the motions to intervene filed by HN1, Simply Health, and Sunshine Health to December 23, 2022.

Respectfully submitted this 15th day of December 2022.

*/s/ Katy DeBriere*
Katherine DeBriere

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2022, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Katy DeBriere*
Katherine DeBriere
Fla. Bar No.: 58506
**Florida Health Justice Project**
3900 Richmond Street
Jacksonville, FL, 32205
Telephone: (352) 278-6059
debriere@floridahealthjustice.org