**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**B.T., by and through**
**her next friend, ROBIN T.,**
**and A.G., by and through his**
**next friend, SUSEL S.,**

     *Plaintiffs*,

**v.**                                                                    **Case No.: 4:22cv212-MW/MJF**

**SIMONE MARSTILLER, in her**
**official capacity as Secretary of the**
**Florida Agency for Health Care**
**Administration,**

     *Defendant*.

_____/

## <u>ORDER DIRECTING CLERK TO TERMINATE MOTIONS</u>

This Court has considered, without hearing, Plaintiffs' motion to extend the deadline to respond to Defendant's three pending motions to intervene. ECF No. 48. After filing that motion, but before this Court could rule on Plaintiffs' motion to extend, Plaintiffs also filed responses to Defendant's pending motions to intervene. ECF Nos. 49–51. In their motion to extend, Plaintiffs assert that the parties intend to file a motion to stay and an interim agreement governing the terms of their settlement negotiations during their requested stay but that Defendant has not yet received approval of the motion to stay and interim agreement. ECF No. 48 at 1–2.

1

It little serves judicial economy to rule on Defendant's motions to intervene if the parties are negotiating a settlement. Therefore, Plaintiffs' motion to extend, ECF No. 48, is **GRANTED in part**. Inasmuch as the parties intend to seek a stay pending settlement negotiations, this Court directs the Clerk to **TERMINATE** the motions to intervene, ECF Nos. 40, 41, and 42, pending the outcome of the settlement negotiations. That said, if a party believes it necessary for this Court to resolve Defendant's motions to intervene, it should so notify this Court by Wednesday, December 21, 2022. Furthermore, if the case is not resolved through negotiations, this Court will re-gavel the motions.

**SO ORDERED on December 16, 2022.**

**s/Mark E. Walker**
**Chief United States District Judge**