UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal guardian, Robin T., and A.G., by and through his mother and legal guardian, Susel S.,

    Plaintiff(s),

vs.

SIMONE MARSTILLER, in her official capacity as Secretary for the Florida Agency for Health Care Administration,

    Defendant(s).
_____/

CASE NO.: 4:22-CV-212-MW-MJF

## MEDIATOR'S REPORT

The parties made significant progress in settlement discussions during mediation and intend to file a Joint Motion for Stay shortly to facilitate that progress and ultimate resolution of the case.

Dates this 19th day of December 2022.

Respectfully submitted,

*George E. Schulz*

George E. Schulz Jr., Mediator
Mediator # 40050 R
Upchurch Watson White & Max
301 West Bay Street, Suite 1414
Jacksonville, FL  32202
386-253-1560 phone / 386-255-7722 fax
bschulz@uww-adr.com