UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                             Case No.: 4:22-cv-212-MW-MJF

Simone Marstiller, in her official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

## **DECEMBER JOINT DISCOVERY STATUS REPORT**

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to the Initial Scheduling Order (Doc. 8, ¶1(b)) requiring a recurring 30-day joint report on the status of discovery submit the following:

1.    The Parties made significant progress in settlement discussions during the November 29, 2022, mediation session.

2.    Pursuant to that progress, the Parties have been working through the terms of a stay to potentially effectuate final settlement. Consequently, the Parties have focused their efforts on these negotiations, and, as a result, have canceled certain depositions scheduled in December 2022 and early January 2023. It is

1

anticipated that the motion for stay will be finalized and filed with the Court within the next few days.

Respectfully submitted this 21st day of December 2022.

/s/ *Katy DeBriere*
KATHERINE DEBRIERE
Fla. Bar No.: 58506
Florida Health Justice Project
3900 Richmond St.
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

/s/*Erik M. Figlio*
ERIK M. FIGLIO
Fla. Bar No.: 0745251
Ausley McMullen
P.O. Box 391
Tallahassee, FL 32302
(850) 224-9115
rfiglio@ausley.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on December 21, 2022, on all counsel of record.

/s/ *Erik M. Figlio*
Erik M. Figlio