IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through
her next friend, ROBIN T.,
and A.G., by and through his
next friend, SUSEL S.,

    *Plaintiffs*,

v.                                  Case No.: 4:22cv212-MW/MJF

SIMONE MARSTILLER, in her
official capacity as Secretary of the
Florida Agency for Health Care
Administration,

    *Defendant.*

_____/

## ORDER GRANTING MOTION TO STAY

This Court has considered, without hearing, the parties' joint motion to stay proceedings. ECF No. 55. The motion is **GRANTED**. All deadlines are **STAYED**. The parties shall file a status report in 60 days—on or before February 21, 2023—informing this Court of the status of this case.

**SO ORDERED on December 23, 2022.**

                                          s/Mark E. Walker                
                                          **Chief United States District Judge**