UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                       Case No.: 4:22-cv-212-MW-MJF

JASON WEIDA[1], in his official capacity
as Secretary for the FLORIDA AGENCY
FOR HEALTH CARE
ADMINISTRATION,

      Defendant.
_____/

## JOINT STATUS REPORT

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to the Order Granting Motion to Stay (Doc. 56), requiring that the parties file a status report on or before February 21, 2023, submit the following:

As explained in the parties' Joint Motion to Stay Proceedings (Doc. 55), the parties entered into a mediated agreement on November 29, 2022, setting forth a potential pathway to complete resolution of this case. The parties requested a stay of the proceedings because the parties anticipated that the agreement would not be

---

[1] By operation of Rule 25(d), Jason Weida is automatically substituted as the defendant in this action, due to the resignation of former agency secretary Simone Marstiller.

1

completed until July 1, 2024. The parties are now in further discussions relating to the agreement because AHCA has requested that an initial interim deadline be moved by 90 days.

In the initial phase of the agreement, AHCA was to develop and finalize, on or before February 1, 2023, two documents—a notice document to be sent by Medicaid managed care plans ("MCOs") to Medicaid recipients and an alert to providers—and a spreadsheet for reporting complaints submitted to MCOs relating to the speech therapy services at issue in this case. Although the documents are not in and of themselves voluminous, many variables must be considered in creating them, and, because many of these variables impact MCOs and a subcontractor of several of the MCOs, coordination with these third parties has been necessary.

AHCA has been unable to finalize the documents and spreadsheet as of today, in large part because Brian Meyer, who was AHCA's Assistant Deputy Secretary for Medicaid Operations (and AHCA's corporate representative with principal client responsibility for this case) has left the agency. Accordingly, AHCA has asked the Plaintiffs to agree to a 90-day extension of the February 1, 2023 deadline to finalize these documents. Plaintiffs have not yet stated their position on this request because it was just made on February 20, 2023. Plaintiffs had previously agreed to a shorter extension of the deadline, so long as it would not impact succeeding deadlines set forth in the agreement.

The parties will alert the Court promptly if any matters arise that necessitate the Court's involvement.

Respectfully submitted this 21st day of February, 2023.

| | |
|---|---|
| /s/ *Katy DeBriere* | */s/Erik M. Figlio* |
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 3900 Richmond St. | 123 S. Calhoun St. (23201) |
| Jacksonville, FL 32205 | P.O. Box 391 |
| (352) 278-6059 | Tallahassee, FL 32302 |
| debriere@floridahealthjustice.org | rfiglio@ausley.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on February 21, 2023, on all counsel of record.

/s/ *Erik M. Figlio*
ERIK M. FIGLIO