UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                                  Case No.: 4:22-cv-212-MW-MJF

JASON WEIDA, in his official capacity
as Secretary for the FLORIDA AGENCY
FOR HEALTH CARE
ADMINISTRATION,

      Defendant.
_____/

## JOINT STATUS REPORT

Plaintiffs and Defendant, by and through undersigned counsel, pursuant to this Court's February 22, 2023 docket entry requiring that the parties file a status report on or before March 24, 2023, submit the following:

As explained in the parties' Joint Motion to Stay Proceedings (Doc. 55) and the parties' Joint Status Report (Doc. 57), and the parties have entered into a mediated agreement on November 29, 2022, setting forth a potential pathway to resolution of this case. In the initial phase of the agreement, AHCA was to develop and finalize, on or before February 1, 2023, two documents—a notice document to be sent by Medicaid managed care plans ("MCOs") to Medicaid recipients and an

alert to providers—and a spreadsheet for reporting complaints submitted to MCOs relating to the speech therapy services at issue in this case. Although the documents are not voluminous, many variables must be considered in creating them, and, because many of these variables impact MCOs and a subcontractor of several of the MCOs, coordination with these third parties has been necessary.

As explained in the previous Joint Status Report, AHCA has been unable to finalize the documents and spreadsheet as of yet in large part because Brian Meyer, who was AHCA's Assistant Deputy Secretary for Medicaid Operations (and AHCA's corporate representative with principal client responsibility for this case) has left the agency. Accordingly, AHCA requested, and the Plaintiffs have agreed, to extend this deadline to May 12, 2023, and to corresponding 90-day extensions of the other deadlines in the agreement.

AHCA does not intend to request further extensions of the deadlines in the agreement, but may do so if unforeseen circumstances, such as further high-level staff turnover, render compliance with the existing deadlines unfeasible. Additionally, AHCA has a series of lawsuits scheduled to be tried in the second quarter of 2023, and, although it is not presently anticipated, it is not unforeseeable that responsibilities in those cases could impact AHCA's ability to meet the modified deadlines as well. The Plaintiffs reserve the right to reject any further requests.

The parties will alert the Court promptly if any matters arise that necessitate the Court's involvement.

Respectfully submitted this 24th day of March, 2023.

| | |
|---|---|
| /s/ *Katy DeBriere* | /s/*Erik M. Figlio* |
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 3900 Richmond St. | 123 S. Calhoun St. (23201) |
| Jacksonville, FL 32205 | P.O. Box 391 |
| (352) 278-6059 | Tallahassee, FL 32302 |
| debriere@floridahealthjustice.org | rfiglio@ausley.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on March 24, 2023, on all counsel of record.

/s/ *Erik M. Figlio*
ERIK M. FIGLIO

3