## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                            Case No.: 4:22-cv-212-MW-MJF

Jason Weida, in his official
capacity as Secretary for the Florida
Agency for Health Care Administration,

      Defendant.
_____/

### JOINT MOTION FOR ENLARGEMENT OF TIME
### TO FILE STATUS REPORT

Plaintiffs, B.T., by and through her mother and legal guardian, Robin T., and

A.G., by and through his mother and legal guardian, Susel S., and Defendant Jason

Weida, in his official capacity as Secretary for the Florida Agency for Health Care

Administration ("AHCA"), by and through undersigned counsel, file this joint

motion for enlargement of time to file the parties' status report, currently due on or

before May 25, 2023, and respectfully request that the parties be permitted to file the

report on or before **Monday, July 24, 2023**.

1.     As explained in the parties' Joint Motion to Stay Proceedings (Doc. 55)

and the parties' Joint Status Reports (Docs. 57, 58, 59), the parties entered into a mediated agreement on November 29, 2022, setting forth a potential pathway to resolution of this case.

2.      In connection with the stay of the litigation, the parties have submitted monthly status reports, with the next deadline for filing a status report set for May 25, 2023. However, since the filing of the last Joint Status Report (Doc. 59) the parties have engaged in additional confidential settlement discussions, the resolution of which is required before the parties can meaningfully provide the Court with a complete and accurate update of the status of the litigation and whether a continued stay is necessary. As such, the parties respectfully assert that there is good cause to extend the deadline for the next status report until July 24, 2023.

3.      Accordingly, the parties respectfully request that the time for filing the joint status report be extended until July 24, 2023.

Respectfully submitted this 25th day of May, 2023.

/s/ *Katherine DeBriere*
Katherine DeBriere
FBN: 58506
Florida Health Justice Project
3900 Richmond St.
Jacksonville, FL 32205
(352) 278-6059
debriere@floridahealthjustice.org

/s/ *Erik M. Figlio*
Erik M. Figlio
FBN: 0745251
Ausley McMullen
123 S. Calhoun St. (23201)
P.O. Box 391
Tallahassee, FL 32302
rfiglio@ausley.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on May 25, 2023, on all counsel of record.

/s/ *Erik M. Figlio*
ERIK M. FIGLIO