IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**B.T., by and through
her next friend, ROBIN T.,
and A.G., by and through his
next friend, SUSEL S.,**

    *Plaintiffs*,

v.                                                                    Case No.: 4:22cv212-MW/MJF

**JASON WEIDA, in his
official capacity as Secretary of the
Florida Agency for Health Care
Administration,**

    *Defendant*.

_____/

## ORDER GRANTING EXTENSION[1]

This Court has considered, without hearing, the parties' joint motion to extend the deadline for filing the joint status report. ECF No. 60. The motion is **GRANTED**. The parties shall file a joint status report **on or before Monday, July 24, 2023**.

**SO ORDERED on May 25, 2023.**

                                                         *s/Mark E. Walker*
                                                         **Chief United States District Judge**

---

[1] As the parties noted in their joint status report of February 21, 2023, ECF No. 57, Jason Weida has succeeded Simone Marstiller as Secretary of the Florida Agency for Florida Health Care Administration. He is automatically substituted as the defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).