UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

      Plaintiffs,

v.                                       Case No.: 4:22-cv-212-MW-MJF

JASON WEIDA, in his official
capacity as Secretary for the FLORIDA
AGENCY FOR HEALTH CARE
ADMINISTRATION,

      Defendant.
_____/

## JOINT MOTION FOR ENLARGEMENT OF TIME
## TO FILE STATUS REPORT

Plaintiffs, B.T., by and through her mother and legal guardian, Robin T., and A.G., by and through his mother and legal guardian, Susel S., and Defendant Jason Weida, in his official capacity as Secretary for the Florida Agency for Health Care Administration ("AHCA"), by and through undersigned counsel, file this joint motion for enlargement of time to file the parties' status report, currently due on or before July 24, 2023, and respectfully request that the parties be permitted to file the report on or before **Wednesday, August 23, 2023**.

    1.    As explained in the parties' Joint Motion to Stay Proceedings (Doc. 55)

and the parties' Joint Status Reports (Docs. 57, 58, 59), the parties entered into a mediated agreement on November 29, 2022, setting forth a potential pathway to resolution of this case.

2. In connection with the stay of the litigation, the parties have submitted regular status reports, with the next deadline for filing a status report set for July 24, 2023. As stated in the parties' previous filing (Doc. 60), the parties have engaged in additional confidential settlement discussions, the resolution of which is required before the parties can meaningfully provide the Court with a complete and accurate update of the status of the litigation. The status of these discussions is still ongoing but is anticipated to be further along within the next 30 days, such that additional disclosures to the Court will be possible. As such, the parties respectfully assert that there is good cause to extend the deadline for the next status report until August 23, 2023.

3. Accordingly, the parties respectfully request that the time for filing the joint status report be extended until August 23, 2023.

Respectfully submitted this 24th day of July, 2023.

| | |
|---|---|
| /s/ *Katherine DeBriere* | /s/ *Erik M. Figlio* |
| Katherine DeBriere | Erik M. Figlio |
| FBN: 58506 | FBN: 0745251 |
| Florida Health Justice Project | Ausley McMullen |
| 3900 Richmond St. | 123 S. Calhoun St. (23201) |
| Jacksonville, FL 32205 | P.O. Box 391 |
| (352) 278-6059 | Tallahassee, FL 32302 |
| debriere@floridahealthjustice.org | rfiglio@ausley.com |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on July 24, 2023, on all counsel of record.

                                       /s/ *Erik M. Figlio*
                                       ERIK M. FIGLIO