IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

B.T., by and through
her next friend, ROBIN T.,
and A.G., by and through his
next friend, SUSEL S.,

    *Plaintiffs*,

v.                        Case No.: 4:22cv212-MW/MJF

JASON WEIDA, in his
official capacity as Secretary of the
Florida Agency for Health Care
Administration,

    *Defendant*.

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, the parties' joint motion to extend the deadline for filing the joint status report. ECF No. 62. The motion is **GRANTED**. The parties shall file a joint status report **on or before Wednesday, August 23, 2023**.

    SO ORDERED on July 25, 2023.

                                    s/Mark E. Walker_____
                                    **Chief United States District Judge**