## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

B.T., by and through her mother and legal
guardian, Robin T., and A.G., by and
through his mother and legal guardian,
Susel S.,

        Plaintiffs,

v.                                 Case No.: 4:22-cv-212-MW-MJF

JASON WEIDA, in his official capacity
as Secretary for the FLORIDA AGENCY
FOR HEALTH CARE
ADMINISTRATION,

        Defendant.
_____/

## JOINT STATUS REPORT

        Plaintiffs and Defendant, by and through undersigned counsel, pursuant to this Court's Order Granting Extension (Doc. No. 63), submit the following:

        As explained in the parties' Joint Motion to Stay Proceedings (Doc. No. 55) and the parties' Joint Status Reports (Doc. Nos. 57, 58, 59), the parties entered into a mediated agreement on November 29, 2022, setting forth a potential pathway to resolution of this case. Consequently, the parties requested, and the Court granted (Doc No. 56), a stay of the litigation. On April 24, 2023, Defendant notified the Court that the Agency for Health Care Administration requested, and Plaintiffs agreed to, a 90-day extension of the deadlines in the November 29th agreement.

On May 25, 2023, the parties reported to the Court that they engaged in additional, confidential settlement discussions and moved for an enlargement of time to file their Joint Status Report. On July 24, 2023, the parties filed a second Joint Motion for Enlargement of Time to File Status Report citing the need for continued additional confidential settlement discussions. Throughout this time, the parties have been working in good faith towards resolving the issues raised in the First Amended Complaint (Doc. No. 10), without the need for the Court's intervention, and have made significant progress in doing so. Defendant has not requested additional extensions of the deadlines set forth in the November 29th agreement because the terms of the mediated settlement agreement may change.

The parties believe that a continuation of the stay is warranted, and that neither party will be prejudiced by the same. The parties will alert the Court promptly if any matters arise that necessitate the Court's involvement.

Respectfully submitted this 23rd day of August, 2023.

<table>
<tr><td>/s/ Katherine DeBriere</td><td>/s/ Erik M. Figlio</td></tr>
<tr><td>Katherine DeBriere</td><td>Erik M. Figlio</td></tr>
<tr><td>FBN: 58506</td><td>FBN: 0745251</td></tr>
<tr><td>Florida Health Justice Project</td><td>Ausley McMullen</td></tr>
<tr><td>3900 Richmond St.</td><td>123 S. Calhoun St. (23201)</td></tr>
<tr><td>Jacksonville, FL 32205</td><td>P.O. Box 391</td></tr>
<tr><td>(352) 278-6059</td><td>Tallahassee, FL 32302</td></tr>
<tr><td>debriere@floridahealthjustice.org</td><td>rfiglio@ausley.com</td></tr>
</table>

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on August 23, 2023, on all counsel of record.

/s/ *Erik M. Figlio*
ERIK M. FIGLIO